# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMO SMITH, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. CV 12-02444-JAK (JEM) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED. The Complaint is dismissed with leave to amend. Plaintiff may file a First Amended Complaint **within thirty (30) days** of this Order.

**IT IS SO ORDERED.**

DATED: April 16, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE