# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMO SMITH, JR., | Case No. CV 12-2444-JAK (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LA COUNTY, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED:  September 4, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE